NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGETA SEVAN,                    )
                                   )
            Petitioner,            )
                                   )
v.                                 )        Case No. 2D17-4293
                                   )
DAN MUSCHEVICI,                    )
                                   )
            Respondent.            )
_____)

Opinion filed March 28, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Collier County;
Lauren Brodie, Judge.

Hala Sandridge and Meredith S.
Delcamp of Buchanan Ingersoll &
Rooney, PC, Tampa, for Petitioner.

John F. Hooley of The Law Offices of
John F. Hooley, P.A., Naples, for
Respondent.

PER CURIAM.

            Dismissed.

LaROSE, C.J., and CRENSHAW and LUCAS, JJ., Concur.